1
2                      UNITED STATES DISTRICT COURT
3                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
4                              OAKLAND DIVISION
5

6  | MELVIN SALVERSON, an individual, et al., | Case No: C 13-4406 SBA
7  | Plaintiffs, | **ORDER DENYING JOINT ADMINISTRATIVE MOTION FOR LEAVE TO ENLARGE PAGE LIMITATIONS**
8  | vs. |
9  | JP MORGAN CHASE & CO; et al., | Dkt. 18
10 | Defendants. |

11
12
13     The parties have filed a joint administrative motion for leave to file motions papers
14 that are twenty (20) pages in excess of the limits imposed by the Court's Standing Orders.
15 The Court finds that the parties have failed to demonstrate good cause for their request.
16 Moreover, the parties should be aware that arguments presented in a direct and concise
17 manner are generally more effective that those that are not.  See <u>Fleming v. County of
18 Kane, State of Ill.</u>, 855 F.2d 496, 497 (7th Cir. 1988) ("Overly long briefs, however, may
19 actually hurt a party's case, making it far more likely that meritorious arguments will be
20 lost amid the mass of detail."); <u>Weilert v. Health Midwest Development Group</u>, 95 F.
21 Supp.2d 1190, 1192 (D. Kan. 2000) ("Judicial economy and concise argument are purposes
22 of the page limit.").  Accordingly, the parties' administrative motion to enlarge the Court's
23 page limits is DENIED.
24     IT IS SO ORDERED.
25 Dated: 2/25/14
                                              *[signature]*
26                                            SAUNDRA BROWN ARMSTRONG
                                              Senior United States District Judge
27
28