UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MELVIN SALVERSON, an individual, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE & CO; et al.,<br><br>Defendants. | Case No: C 13-5816 SBA<br><br>**ORDER DENYING JOINT ADMINISTRATIVE MOTION FOR LEAVE TO ENLARGE PAGE LIMITATIONS**<br><br>Dkt. 18 |

The parties have filed a joint administrative motion for leave to file motions papers that are twenty (20) pages in excess of the limits imposed by the Court's Standing Orders. The Court finds that the parties have failed to demonstrate good cause for their request. Moreover, the parties should be aware that arguments presented in a direct and concise manner are generally more effective that those that are not. See Fleming v. County of Kane, State of Ill., 855 F.2d 496, 497 (7th Cir. 1988) ("Overly long briefs, however, may actually hurt a party's case, making it far more likely that meritorious arguments will be lost amid the mass of detail."); Weilert v. Health Midwest Development Group, 95 F. Supp.2d 1190, 1192 (D. Kan. 2000) ("Judicial economy and concise argument are purposes of the page limit."). Accordingly, the parties' administrative motion to enlarge the Court's page limits is DENIED.

IT IS SO ORDERED.

Dated: 2/25/14

_____
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge