# EXHIBIT A




**BHY**
**Transmittal Number: 11974694**

# Rejection of Service of Process

**Return to Sender Information:**

Law Offices of
Lingel H. Winters
275 Battery Street
Suite 2600
San Francisco, CA 94111

| | |
|---|---|
| **Date:** | 12/20/2013 |
| **Party Served:** | Capital One Bank |
| **Title of Action:** | Melvin Salveson vs. JP Morgan Chase & Co |
| **Court/Agency:** | U.S. District Court Northern District, California |
| **Case/Reference No:** | CV 13 5816 |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for the reason listed below:

Because two or more companies can have very similar names, the name of the company to which service of process is directed MUST BE IDENTICAL to the company name on file with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service, send your request by e-mail to sop@cscinfo.com. Please include the transmittal number located in the upper right-hand corner of this letter.




CORPORATION SERVICE COMPANY®

null
**Transmittal Number: 11975689**

# Rejection of Service of Process

**Return to Sender Information:**

Lingel H. Winters
Law Offices of Lingel H. Winters
275 Battery St.
Suite 2600
San Francisco, CA 94111

| | |
|---|---|
| **Date:** | 12/20/2013 |
| **Party Served:** | Capital One F.S.B. |
| **Title of Action:** | Melvin Salveson vs. JP Morgan Chase & Co |
| **Court/Agency:** | San Francisco County Superior Court, California |
| **Case/Reference No:** | CV 13 5816 |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for the reason listed below:

Because two or more companies can have very similar names, the name of the company to which service of process is directed MUST BE IDENTICAL to the company name on file with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service, send your request by e-mail to sop@cscinfo.com. Please include the transmittal number located in the upper right-hand corner of this letter.




**null**
**Transmittal Number: 11975682**

# Rejection of Service of Process

**Return to Sender Information:**

Lingel H Winters
Law Offices of Lingel H. Winters
275 Battery St.
Suite 2600
San Francisco, CA 94111

| | |
|---|---|
| **Date:** | 12/20/2013 |
| **Party Served:** | Capital One Financial Corporation |
| **Title of Action:** | Melvin Salveson vs. JP Morgan Chase & Co |
| **Court/Agency:** | San Francisco County Superior Court, California |
| **Case/Reference No:** | CV 13 5816 |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for the reason listed below:

Because two or more companies can have very similar names, the name of the company to which service of process is directed MUST BE IDENTICAL to the company name on file with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service, send your request by e-mail to sop@cscinfo.com. Please include the transmittal number located in the upper right-hand corner of this letter.