# EXHIBIT B

 **Wolters Kluwer**
Corporate Legal Services

| CT Corporation

213 627 8252 tel
www.ctcorporation.com

818 West Seventh Street
2nd Floor
Los Angeles, CA 90017

December 23, 2013

RECEIVED

DEC 3 1 2013

Lingel H. Winters
Law Offices of Lingel H. Winters
275 Battery Street,
Suite 2600,
San Francisco, CA 94111

Re: Melvin Salveson, etc., et al., Pltfs. vs. JP Morgan Chase & Co, et al. including
HSBC Holdings, PLC, Dfts.

Case No. CV135816DMR SBA

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the
above captioned matter.

HSBC HOLDINGS, PLC is not listed on our records or on the records of the State of CA.

Very truly yours,

CT Corporation System

Log# 524106694

Sent By Regular Mail

cc: Northern District of California - U.S. District Court - San Francisco
    450 Golden Gate Ave.,
    Phillip Burton Federal Building,
    San Francisco, CA 94102

**(Returned To)**

Lingel H. Winters
Law Offices of Lingel H. Winters
275 Battery Street,
Suite 2600,
San Francisco, CA 94111



CT Corporation

Undeliverable mail only to:
818 West Seventh Street
2nd Floor
Los Angeles, CA 90017

neopost
12/27/2013
US POSTAGE
$00.46⁰

ZIP 90017
041L11218...

RECEIVED

DEC 3 1 2013

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEC 31 2013

U.S. DISTRICT COURT

ADDRESS SERVICE REQUESTED

E200 (7/2012)